George CONSTANTIN, Respt., v. CONSOLIDATED GAS CO., Applt. (Supreme Court, Appellate Division, First Department. October 20, 1916.) Determination, judgment, and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce the judgment to the sum of $435; in which event, judgment, as so modified, and or-

der denying new trial, affirmed, without costs in the City Court, the Appellate Term, or this court. No opinion. Settle order on notice.

CONTINENTAL COAL, LAND & TIMBER CO. v. Ringland F. KILPATRICK et al. (Supreme Court, Appellate Division, First Department. July 10, 1916.) Motion denied, with $10 costs. Order filed.